**Order entered March 7, 2018**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-17-01278-CV

**ANTHONY EDES, Appellant**

**V.**

**JESUS ARRIAGA, FREDERICO ARRIAGA, MARIA ARRIAGA AND GOVERNMENT EMPLOYEES INSURANCE COMPANY, Appellees**

On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-05169

## ORDER

The reporter's record in this case is overdue. By postcard dated December 28, 2017, we notified Sheretta L. Martin, Official Court Reporter for the 162nd Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, the reporter's record has not been filed and we have not received any correspondence regarding the reporter's record.

Accordingly, we **ORDER** Sheretta L. Martin to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded; (3) written verification appellant has not requested the reporter's record; or (4) written verification appellant has not paid for or made arrangements to pay for record. *We notify*

*appellant that if we receive verification the reporter's record has not been requested, or that appellant has not paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Maricela Moore
Presiding Judge
162nd Judicial District Court

Sheretta L. Martin
Official Court Reporter
162nd Judicial District Court

All parties

/s/    CAROLYN WRIGHT
CHIEF JUSTICE